**DISMISS; Opinion Filed January 14, 2013.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00433-CV

## ONE THOUSAND EIGHTY FIVE DOLLARS IN U.S. CURRENCY,
**Appellant**

V.

## STATE OF TEXAS, Appellee

On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-07018-M

### OPINION

Before Chief Justice Wright, Justice Lang-Miers and Justice Lewis
Opinion by Chief Justice Wright

By letter dated April 2, 2012, we notified Daphne Hicks the $175 filing fee in this case was due. We cautioned Hicks that failure to file the fee within ten days would result in dismissal of the appeal without further notice. Also by letter dated April 2, 2012, we notified Hicks the docketing statement was due and that failure to file the docketing statement might result in dismissal of the appeal. To date, Hicks has not paid the filing fee, filed a docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b),(c).

CAROLYN WRIGHT
CHIEF JUSTICE

120433F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

One Thousand Eighty Five Dollars in U.S. currency, Appellant

No. 05-12-00433-CV     V.

State of Texas, Appellee

On Appeal from the 298th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 11-07018-M.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee State of Texas recover its costs of this appeal from appellant Daphne Hicks.

Judgment entered this January 14, 2013.

_____
CAROLYN WRIGHT
CHIEF JUSTICE